# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Nathaniel MIXON<br>        Defendant. | Case No.: CR-97-457-SVW-3<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CV CAL___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  ( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence submitted by D; no interview — no bail___

1 resources; numerous previous parole revocations

2

3

4 and/or

5 B. (✓) The defendant has not met his/~~her~~ burden of establishing by
6 clear and convincing evidence that he/~~she~~ is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: no evidence submitted by ∆; prior record

10

11

12

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16

17 Dated: 5/13/09

18

19 *[signature]*
RALPH ZAREFSKY
20 UNITED STATES MAGISTRATE JUDGE

2